# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

SUSAN JAN BRADSHAW,

Debtor.

Case No. A08-00855-DMD

Chapter 13

**Filed On
4/9/09**

## MEMORANDUM REGARDING DISMISSAL

11 U.S.C. § 109(h)(1) requires that an individual debtor obtain credit counseling prior to filing for bankruptcy relief. Under exigent circumstances, a court can grant an exemption from the credit counseling requirement for up to forty-five days following the filing of a petition.[1] Bankruptcy Rule 9006(b) allows for enlargement of time for acts required to be done in a specified period of time by the *Federal Rules of Bankruptcy Procedure*. Rule 9006(b) does not apply to 11 U.S.C. § 109(h), because § 109(h) is a statute and not a rule.

The debtor filed for Chapter 7 relief on December 30, 2008. She did not obtain the appropriate credit counseling until February 26, 2009. That is a gap of fifty-eight days. Unfortunately, this court has no power to extend the credit counseling deadline to fifty-eight days. The United States Trustee's motion must be granted. The dismissal is without prejudice, however. The debtor may re-file and move to extend the stay under 11 U.S.C. § 362(c)(3). An appropriate order will be entered.

---

[1] 11 U.S.C. § 109(h)(3).

DATED: April 8, 2009.

                                            BY THE COURT

                                            /s/ Donald MacDonald IV
                                            Donald MacDonald IV
                                            United States Bankruptcy Judge

Serve:       C. Johansen, Esq.
               J. Beard, Esq.
               K. Hill, Esq.
               L. Compton, Trustee
               U. S. Trustee

               4/09/09